MARIE JOSE CLERMONT, Appellant, v SAHAR ABDELREHIM et al., Defendants, and INTRA-OP MONITORING SERVICES, LLC, Respondent. [40 NYS3d 901]—

Order, Supreme Court, New York County (Alice Schlesinger, J.), entered March 29, 2016, which, to the extent appealed from as limited by the briefs, denied plaintiff's motion to strike the affirmative defense of lack of personal jurisdiction interposed by defendant Intra-Op Monitoring Services, LLC (IOM), and granted the cross motion of IOM to dismiss the action as against it, unanimously reversed, on the law, without costs, plaintiff's motion to strike granted and IOM's cross motion to dismiss the complaint as against it denied.

The complaint should not have been dismissed as against IOM, since IOM failed to move to dismiss on the grounds of lack of personal jurisdiction within 60 days after serving its answer (CPLR 3211 [e]). Although defense counsel had hired an investigator to determine whether IOM was still in business, there was sufficient information within the 60-day time limit upon which to move. Thus, counsel failed to make a showing of undue hardship so as to extend the statutory deadline (*see Wiebusch v Bethany Mem. Reform Church*, 9 AD3d 315 [1st Dept 2004]; *Aretakis v Tarantino*, 300 AD2d 160 [1st Dept 2002]).

In view of the foregoing, we do not reach the issue of whether service was properly effected. Concur—Friedman, J.P., Saxe, Richter, Gische and Kapnick, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY NESMITH, Appellant. [40 NYS3d 902]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Eugene Oliver Jr., J.), rendered December 3, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Saxe, Richter, Gische and Kapnick, JJ.